# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PRASAD V. POTLURI,

    Plaintiff/Counter-Defendant,          Case Number: 06-13517

v.                                                             JUDGE PAUL D. BORMAN
                                                              UNITED STATES DISTRICT COURT

SATISH YALAMANCHILI,

    Defendant/Counter-Plaintiff,

and

CLAUDINE GEORGE and ICONMA, LLC, a
Michigan limited liability company,

    Defendants.
_____ /

## ORDER REVERSING THE MAGISTRATE JUDGE'S NOVEMBER 24, 2008 OPINION AND ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED EXPERT WITNESS LIST

Before the Court are Plaintiff's Objections to Magistrate's Opinion and Order Granting Defendants' Motion to Strike Plaintiff's First Amended Expert Witness List (Docket Entry #131), filed December 9, 2008. (Doc. No. 132). Defendants responded to Plaintiff's objections on December 23, 2008. (Doc. No. 140).

For the reasons stated on the record, this Court **REVERSES** the Magistrate Judge's Opinion and Order Granting Defendants' Motion to Strike Plaintiff's First Amended Expert Witness List.

Accordingly, Plaintiff is ordered to serve its expert witness report on Defendant within 21 days of today's date, and depose the expert within 30 days of today's date. After the deposition,

1

Defendants have 21 days to serve its expert witness report on Plaintiff, and must depose their expert within 9 days after the expert report is served. Also, Plaintiff is ordered to pay the court reporter's hourly rate for all the expert witness depositions.

SO ORDERED.

                                          S/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: January 30, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 30, 2009.

                                          S/Denise Goodine
                                          Case Manager